DORA E. ROBERTSON, as Executrix, etc., of WALTER K. ROBERTSON, Deceased, Appellant, v. HUDSON TRANSIT CORPORATION, Respondent, and Others, Defendants. DORA E. ROBERTSON, Appellant, v. HUDSON TRANSIT CORPORATION, Respondent, and Others, Defendants. DORA E. ROBERTSON, as Executrix, etc., of WALTER K. ROBERTSON, Deceased, Appellant, v. HUDSON TRANSIT CORPORATION, Respondent, and Others, Defendants. (Action No. 2.) — Order granting motion of defendant-respondent to try the above entitled actions together, pursuant to section 96-a of the Civil Practice Act, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Davis and Taylor, JJ., concur.